UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARGARET ADELEYE, Plaintiff | ) | |
| Vs. | ) | C.A. No.: 05-200 ML |
| THE ARC OF BLACKSTONE VALLEY Defendant | ) | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

1. Paragraph 1 states a legal conclusion to which no response is required.
2. Denied.
3. Paragraph 3 states a legal conclusion to which no response is required.
4. Paragraph 4 states a legal conclusion to which no response is required.
5. Paragraph 5 states a legal conclusion to which no response is required.
6. Paragraph 6 states a legal conclusion to which no response is required.
7. Admitted.
8. Admitted.
9. Admitted.
10. Paragraph 10 states a legal conclusion to which no response is required.
11. Paragraph 11 states a legal conclusion to which no response is required.
12. Paragraph 12 states a legal conclusion to which no response is required.
13. Denied.
14. Admitted.
15. Denied.
16. Denied.

17. Denied

18. Denied.

19. Denied

20. Defendant has insufficient information to admit or deny the allegations contained in paragraph 20.

21. Denied.

22. Defendant incorporates by reference its responses in paragraphs 1 through 21.

23. Denied

24. Denied

25. Denied

26. Denied.

27. Defendant incorporates by reference its responses to paragraphs 1 through 26.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Defendant incorporates by reference its responses to paragraphs 1 through 31.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate her damages, if any.

WHEREFORE, Defendant prays that it be awarded interest, attorneys' fees and costs.

Respectfully submitted,
Defendant,
The Arc of Blackstone Valley,
By Its Attorneys,

Holland & Knight LLP

William E. O'Gara, Esquire # 4257
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

## CERTIFICATION

The undersigned hereby certifies that a true and correct copy of the within Answer was forwarded via first class mail, postage prepaid to:

Stephen T. Fanning, Esquire
305 South Main Street
Providence, Rhode Island 02903

on this 27th day of May, 2005.

# 2947180_v1