RECEIVED
SEP 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARGARET ADELEYE** | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C.A. No.: 05-200ML** |
| | : | |
| **THE ARC OF BLACKSTONE VALLEY** | : | |
| **Defendant** | : | |

**DISMISSAL STIPULATION**

This case is dismissed with prejudice, no interest no costs.

Attorney for Margaret Adeleye

Stephen J Fanning (WEO)

Stephen J. Fanning, Jr., Esquire #
305 South Main Street
Providence, Rhode Isalnd 02903
Telephone: (401) 272-8250

Attorney for The ARC of Blackstone Valley

William E. O'Gara (WEO)

William E. O'Gara, Esquire #4257
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500

# 3231229_v1

Enter:
Mary M. Lisi
USDJ 9/21/05